```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
STEPHEN THOMAS YELVERTON,     )
                              )
         Plaintiff,           )
                              )
     v.                       )    Civil Action No. 13-314 (RWR)
                              )
HAMILTON P. FOX, III,         )
                              )
         Defendant.           )
_____)
```

**ORDER**

For the reasons set forth in the accompanying memorandum opinion, it is hereby

ORDERED that the defendant's motion [5] to dismiss be, and hereby is, GRANTED. The complaint is DISMISSED. It is further

ORDERED that the plaintiff's motions [27] [33] [34] for a preliminary injunction, and the plaintiff's motion [43] for discovery, be, and hereby are, DENIED as moot. It is further

ORDERED that the plaintiff's motion [8] to strike be, and hereby is, DENIED. It is further

ORDERED that the plaintiff's motions to amend [11] [12] [15] [18] [21] [38] [40] be, and hereby are, DENIED as futile. It is further

ORDERED that the plaintiff's motions [25] [26] for leave to file supplemental briefs be, and hereby are, DENIED as moot. This is a final appealable order.

-2-

SIGNED this 1st day of November, 2013.

```
                           /s/
              RICHARD W. ROBERTS
              Chief Judge
```