UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stephen Thomas Yelverton ) | |
| 1730 North Lynn St., #A22 ) | |
| Arlington, VA 22209 ) | |
| ) | |
|    Plaintiff ) | |
| ) | |
|    v. ) | Case No. 1:13-cv-00314-RWR |
| ) | |
| Hamilton P. Fox, III ) | |
| Assistant Bar Counsel, ) | |
| Office of Bar Counsel ) | |
| 515 5th St., N.W., Bldg. A, Room 117 ) | |
| Washington, DC 20001 ) | |
| ) | |
| In his Individual and Official Capacity ) | |
|  for Injunctive and Declaratory Relief, ) | |
|  and in his Official Capacity for ) | |
|  Monetary Damages ) | |
| ) | |
|    Defendants ) | |

MOTION FOR JUDICIAL NOTICE OF ENGLAND RESERVATION

COMES NOW, Plaintiff Stephen Thomas Yelverton, by his Counsel, pursuant to, LCvR, Rule 7 (a), and hereby requests that Judicial Notice be taken of his Reservation of Federal Constitutional claims for resolution by the U.S. District Court, pursuant to England v. Medical Examiners, 375 U.S. 411, 415-423 (1964) and Sheptock v. Fenty, 707 F.3d 326, 331-333 (D.C. Cir. 2013).  This Reservation was filed with the D.C. Court of Appeals in Case No. 13-BG-844 on July 31, 2014.  See, attached copy.

The purpose of an England Reservation is to assure that the Plaintiff's Federal Constitutional claims in this proceeding will be heard by the U.S. District Court after a decision by the D.C. Court of Appeals on state issues, where the District Court has abstained on hearing the Federal Constitutional claims.

This proceeding remains pending before the U.S. District Court and it retains jurisdiction by virtue of the Motion to Alter or Amend per Rule 59 (e) that was timely filed on December 2, 2013, and has <u>not</u> been acted upon. <u>Browder v. Director Dep't of Corrections, Illinois</u>, 434 U.S. 257, 267 (1978); <u>Moore's Federal Practice 3D</u>, Section 59.32 [1] and [2], a timely filed post-Judgment Motion under FRCP, Rule 59 (e), nullifies the effectiveness and finality of the Judgment and re-opens it until action on the pending Motion under Rule 59 (e).

Conclusions

WHEREFORE, in view of the foregoing, Judicial Notice of the <u>England</u> Reservation is requested. A copy of the proposed Order is attached hereto, in accordance with LCvR, Rule 7 (c), (i), and (k).

This the 1st day of August, 2014,

Respectfully submitted,

By Counsel:

LAW OFFICES OF DANIEL WEMHOFF, ESQ.


_____/s/_____
Daniel Wemhoff, Esq.,
D.C. Bar No. 420233
4600 S. Four Mile Run, Suite 831
Arlington, VA 22204
Tel. 703-589-2199

3

CERTIFICATE OF SERVICE

    I, Daniel Wemhoff, Esq., Counsel for the Plaintiff, hereby certify that a copy of this Motion for Judicial Notice of <u>England</u> Reservation, was served by CM/ECF on August 1, 2014, on the following:

    Paul A. Hemmersbaugh, Esq.
    Sidley & Austin, LLP
    1501 K St., N.W.
    Washington, DC 20005
    Counsel for the co-Defendants,
      Hamilton P. Fox, III, Esq., and the Office of Bar Counsel

                                                _____/s/_____
                                                Daniel Wemhoff, Esq.
                                                D.C. Bar No. 420233