No. 13-BG-844
DISTRICT OF COLUMBIA
COURT OF APPEALS

| | | |
|---|---|---|
| In the Matter of: | ) | Board Docket No. 11-BD-069 |
| | ) | |
| | ) | |
| Stephen Thomas Yelverton, Esquire | ) | Bar Docket No. 2010-D128 |
| | ) | |
| | ) | |
| | ) | Bar No. 264044 |

NOTICE OF RESERVATION OF ALL FEDERAL CONSTITUTIONAL CLAIMS
FOR COMPLETE RESOLUTION BY THE U.S. DISTRICT COURT

COMES NOW, Respondent Stephen Thomas Yelverton, Pro Se, pursuant to England v. Medical Examiners, 375 U.S. 411, 415-423 (1964) and Sheptock v. Fenty, 707 F.3d 326, 331-333 (D.C. Cir. 2013), and hereby gives Notice of his intention after issuance of a decision in Case No. 13-BG-844 to return to the U.S. District Court in Case No. 1:13-cv-314-RWR to litigate all his Federal Constitutional claims, including those under 42 U.S.C. 1983 and 1985 against the Office of Bar Counsel, and fully reserves all these Federal Constitutional claims for complete resolution by the U.S. District Court. Thus, any Federal claims should not be adjudicated by the D.C. Court of Appeals.

Respondent commenced his case in the U.S. District Court on March 11, 2013, at the time of a decision in his favor by the Ad Hoc Hearing Committee, and prior to an adverse decision by the Board of Professional Responsibility on July 30, 2013. The U.S. District Court ruled on November 1, 2013, to abstain under the Younger Doctrine to the D.C. Court of Appeals. The Respondent as Plaintiff timely filed a Motion to Alter or Amend the Judgment, per FRCP, Rule 59 (e), which remains pending.

WHEREFORE, in view of the foregoing, this Notice of an England Reservation in favor of the U.S. District Court as to all the Respondent's Federal Constitutional claims is submitted.

This the 31st day of July, 2014,

Respectfully submitted,

Stephen Thomas Yelverton, Pro Se,
D.C. Bar No. 264044
601 Pennsylvania Ave., N.W., Suite 900 South
Washington, D.C. 20004
Tel.  202-702-6708
Fax  202-403-3801
E-Mail: styelv@aol.com

CERTIFICATE OF SERVICE

I, Stephen Thomas Yelverton, Pro Se, hereby certify that the foregoing Notice of an England Reservation was served the 31st day of July, by U.S. Mail, on the Office of Bar Counsel and the Board of Professional Responsibility, and the following:

Hamilton P. Fox, III, Esq.
Office of Bar Counsel
515 5th St., N.W., Building A
Room 117
Washington, DC 20001

Elizabeth J. Branda, Esq.
Executive Secretary
Board of Professional Responsibility
430 E St., N.W., Room 138
Washington, DC 20001

Stephen Thomas Yelverton, Pro Se
D.C. Bar No. 264044

2