UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stephen Thomas Yelverton<br>3033 Wilson Blvd., #E-117<br>Arlington, VA 22201<br><br>    Plaintiff<br><br>    v.<br><br>Hamilton P. Fox, III<br>Assistant Bar Counsel,<br>Office of Bar Counsel<br>515 5th St., N.W., Bldg. A, Room 117<br>Washington, DC 20001<br><br>In his Individual and Official Capacity<br><br>    Defendants | Case No. 1:13-cv-00314-CRC |

## NOTICE OF APPEARANCE

COMES NOW, Plaintiff Stephen Thomas Yelverton, *Pro Se*, and hereby submits his Notice of Appearance as sole counsel in this remanded proceeding from the U.S. Court of Appeals for the D.C. Circuit, per Order, filed March 15, 2016, in Case No. 14-7169. Efforts are being made to obtain retained counsel.

This the 20th day of April, 2016,

Respectfully submitted,

Stephen Thomas Yelverton, *Pro Se*
3033 Wilson Blvd., #E-117
Arlington, VA 22201
Tel. 202-702-6708 (mobile)
E-mail: styelv@aol.com

RECEIVED
APR 2 0 2016
Clerk, U.S. District and
Bankruptcy Courts

CERTIFICATE OF SERVICE

I, Stephen Thomas Yelverton, *Pro Se*, hereby certify that a copy of this Notice of Appearance was served on April 20, 2016, by U.S. Mail, postage pre-paid, or by e-mail, to the following:

George W. Jones, Jr., Esq.
Sidley & Austin, LLP
1501 K St., N.W.
Washington, DC 20005
Counsel for the co-Defendants,
   Hamilton P. Fox, III, Esq., and the Office of Bar Counsel

Stephen Thomas Yelverton, *Pro Se*